UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

BLACK FOREST DECOR, L.L.C.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-7272

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, BLACK FOREST DECOR, L.L.C., from the above entitled action, with prejudice and without fees and costs.

Dated: New York, New York
       December 4, 2020

                                                                  **GOTTLIEB & ASSOCIATES**

                                                                   */s/Jeffrey M. Gottlieb, Esq.*

                                Jeffrey M. Gottlieb, Esq., (JG-7905)
                                150 East 18th Street, Suite PHR
                                              New York, NY 10003
                                                  Phone: (212) 228-9795
                                                      Fax: (212) 982-6284
                                                     Jeffrey@Gottlieb.legal

                                                        *Attorneys for Plaintiffs*

Dated: New York, New York
       December 7, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.