UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARCOS CALCANO, on behalf of himself and         :    20-Cv-7272 (SHS)
all other persons similarly situated,
                                                 :
                Plaintiffs,
                                                 :    ORDER
       -v-
                                                 :
BLACK FOREST DÉCOR, L.L.C.,
                                                 :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The plaintiff having filed a notice of voluntary dismissal on behalf of himself only [Doc. No. 10], and a Notice of Settlement [Doc. No. 11],

    IT IS HEREBY ORDERED that:

    1. The Clerk of Court shall amend the caption as follows:

--------------------------------------------------------x

MARCOS CALCANO,                                  :

                Plaintiff,                       :

       -v-                                       :

BLACK FOREST DÉCOR, L.L.C.,                      :

--------------------------------------------------------x

    2. This action is dismissed with prejudice and without costs; provided, however, that within 30 days of this Order, any party may reinstate this action upon written request if the terms of the settlement are not effectuated within that time. The initial teleconference scheduled for January 5, 2021, is cancelled.

Dated: New York, New York
      December 7, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.